RECEIVED
MAIL ROOM

DEC 27 2010

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_NORTHERN_____ DIVISION

CASE NO. _1:10 CV 00108 BSM/JTR_

Jury Trial: ☑ Yes ☐ No
(Check One)

I.      Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: _Nathaniel Fitzgerald_____
ADC # _84210_____

Address: _P.O. Box 180 Brickeys ARK, Dept of, Correction, 72320___

Head
Nurse
Bagwell
300, Correction
Drive, Newport
Ark, 72112

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge _Miller_
and to Magistrate Judge _Ray_

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

Billy
Cowell
Medical
Administrator
300 Correction
Drive, Newport
Ark, 72112

B.      Name of defendant: _MR, Ray Hobb's A.D.C. Director____
Position: _ADC, Director_____
Place of employment: _AdC Central, ARK, Dept of Correction____
Address: _ADC, Pine Bluff Central office, PineBluff ARK, ?____

Name of defendant: _Warden, Joe Page_____
Position: _Warden_____
Place of employment: _A.D.C. Grime unit 300 Correction
Drive, Newport, ARK, 72112___

Address: 300 CORRECTION DRIVE, Newport. Ark, 72112

Name of defendant: DR. Melvin NANCE

Position: UNIT DOCTOR

Place of employment: GRIMES UNIT, A-D-C.

Address: 300 Correction DRIVE Newport, Ark, 72112

Name of defendant: Jennifer HORN

Position: GRIEVANCE Nurse

Place of employment: GRIME's UNIT

Address: 300 Corrections DRIVE, Newport, ARK. 72112

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☒   both official and personal capacity

III.   Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same    facts involved in this action?

Yes A   No __

B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: ~~DR. Melvin~~ Nathaniel Fitzgerald

Defendants: Warden: Joe page.
DR. Melvin Nance ./unit Doctor

☐   Court (if federal court, name the district; if state court, name the county):

EASTERN

U. S. DISTRICT EASTERN DIST-Jonesboro

☐ Docket Number: 1:10-cv-00039-DPM-JTK

☐ Name of judge to whom case was assigned: N.A.

☐ Disposition: (for example: Was the case dismissed? Was it appealed?
Is it still pending?) unsure

☐ Approximate date of filing lawsuit: Not sure

☐ Approximate date of disposition: unknown

IV.   Place of present confinement: BRickey's Unit, P.O. Box 180
EARU, BRickey's ARK, 72320

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: Violated a SIS Sentence / Arested FoR
10-Yrs Probation In 1995 ? out of FLoRida In 2006 ?

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of
administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner
grievance procedure in the Arkansas Department of Correction, and in several county jails.
Failure to complete the exhaustion process provided as to each of the claims asserted in this
complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_   No ____

.   Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

Yes _X_   No ____

If not, why? all the way to DIRector Hobb's / PResident. etc.
Governor

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

*1.*

On 4-14-10 I Fitzgerald the plaintiff was A New comit Inmate at the ADC Dianostic Intake Where I Listed my medical Condition - I told the Nurse I was A Sleep Apna patient. I was Tranported on 4-26-10 to the GRime Unit. I was put in a Room that Had special Equipment For the sleep Apna C-PAP, Machine, I was Moved in a Week of so, to Isolation on punitive. I Asked medical Daily For a oxygen C-PAP Breatheing Machine. I Ask DR. Melvin Nance The unit Doctor For a oxygen machine, at least I wrote Him a dozen of Requests - about my Breathing and chokeing. Since coming to the GRime Unit, I Seen DR. Nance (1-one time) on 6-3-10 He Ask me about my Feet's And medical History - I told Him then I Had Sleep Apna, etc, It was a (4) Five (5) minute. stop. I Have Never Seen Him again I've

#2.

WRote a dozen plus GRIevance Request to see my medical Jacket- 6-month He Never answer me as of 12-18-10, Never. I Have Told WARden on Several ocasion He nearly murdered me on October 11- and 14-2010- Then tranfered me. Retaliation on a Lawsuit- I am 100% disable With 10-medical Problem gonna die soon. FRom Reckless DisRegard. and Deliberetely Indifferent. to a LIFE Necessitie. I WRote The ADC. dIRectoR MR. Ray HoBB's A dozen Letter's etc. GRIevance's Request's. FILE two LAWSUIT, I Let got Kicked out dRop One. STILL NO HELP. I got a Knot in my Stomach, CANCER² TUMOR. a spot on my Lung's — plus Tonsil's etc) I am NOT Been TReated period, they did't Tell me this I found out In my Personal FILE, From 3-year's ago. I am CHARGING THAT ADC. HAS Been Very Negative. Reckless, (Deliberately Indifferent) He know's of THE FACT, of Should HAVE KNown I've Told The Whole AdC. UNIT, DR. Nance Know's. He therfore WAS Recklessness He Had Knowledge of The RISK, Because I made Him get me a CATSCAN MRI-and a dozen of X-Ray's that TAKEN 5-month's

#3

[5972f01dc501a7b4c739d90c5c2b36a6163fc5490cb373ff849e4b0c0ecd4d5ca1f7a547a62bbf2
383c429865fd2ea117e42f2adaeb15ef837736731e72607e4]]

and I HAVE Been told one WORD. OF The (SEP. 29, 10 RESULT's
NOT
But I Know. I am In pain 7-day-24-HOUR's NO ReLease.
I Normally TAKE (OXYCOTIN.) etc. it is a obvious he knows.
#1 I Contend DR. Nance page WAS gross Negligence also, FACT.
(SEE Estevelle V. Gamble 429 U.S. at 104, 97 S.ct. at 291) Estelle?)

#2. a PRISON OFFICIAL deliberate Indifference to a Substantial RISK
OF SERIOUS harm to a Inmate VIOLates the EIGHT Amend
ment. See Helling V. McKinney. 509 U.S. 25, 113 S.ct. 2475. 125 L.
Ed. 2d 22 (1993) I Contend DR. Nance VIOLated my 8 EIGHT
Amendment Due PROCESS Law. By Not NOTIFIeing me of
The SPOT on my Lung's I STILL HAVE NOT Had The Knot In
my Stomach CHECK. SINCE Being a Inmate. I Contend DR.
NANCE and Warden page (NURSE Bagwell) put me at a Very
Substantial High RISK BY NOT geting me Tested LIKE I
WAS Told 8-month's ago. I SUBMIT my pROOf.
That they DISRegarded My Health and safety. NOW NO
ONE WILL see me EXCEPT PILL CALL Nurses. say: They
CAN do Nothing. I've WAITed FOR month's No DOCTOR.
I Was DIANOISED BY DR. SAbastIAN OF FLORIda MedicaL
Center BROWARD GENERal HOSPITAL in 1996-1997)
#3 I Contend that JAIL Health AdminIstrator MR: BILLY COWELL
FAILed to exercise PROPER Supervisory Authority OF

#4.

direction to Remedy the Problem OF medical Recklessness OF Inmate Health and Safety He either knew OF OR SHould Have Knowlege OF. I contend that He are showing improper Supervision skill's, I Been Waiting on a Lung Sonagram 4 + month's. He Has ALSO Left me suffering FOR months In pain For to get a MRI-CatScan Taken 5-month's. my throat Been chokeing me FOR 7-straight month. No Treatment. I am In pain. I contend Billy Cowell Been Very Unprofessional With DR. Nance and The (CMC) Nurse Dept. Gross DISRegard. Reckless.

#4. Jennifer Horn The Grevance Nure. is Incompetent young girl that do Nothing But Write drop a Sick Call. Even When Officer tell Her Emergency- I will Show She is Very Reckless to inmate Health and Safety. I Have 20 + Emergency Sick Calls She Refuse to treat Because one Signature out OF FouR [4] was Missing. and She Denied me medical Treatment When I was Hurt. a Sergent. Filled out the Sick Call She Denied it I was Not Allowed to Sign it On Behavior Control. She's Arrogance- Wicky and Perfidy. Gross Negligence CARELESS DISRegard's. Inmate LIFE & SAFEty & Health. I contend that the PROVIDER's I Have Alledgelly seen was all Pill Call Nurse With No Decisin to do OF make any CHoice's a ASPIRIN OF TyLenal Sometime's. Warden Page is a 26- Year old warden No Supervior Experience to Run a Prison. and DR. Nance. Never Respond. they are Reckless.

THE End.

#5. throat and TONSIL **CLAIM:** I Fitzgerald #84210 swear to the Following as true. Best of my knowledge. That ▬▬▬▬ SINce Entering the PRISon system I HAVE complained OF Not getting PROPER CARE, Even thou this not a country CLUB And I know I Can't get THE TReatment I Need. and I CAn't get 5-StaR SeRVIce, But the Medical IS TERRIBle. I HAVe Been in AdC. SINce 4-14-10-SINce that day 8-month ago I HAVE Seen only one doctor, one time, sINce (INTAKE) 6-3-10 is the day I Seen DR. NANCE, that's it. But they keep saying I HAve Seen several PROVIdeR's they was all Nurse's That Had No Power, they was PILL NURSE'S. I HAVE FILE (2) two dozen OF Requests and GRIevANce FoR a throat Scare that Have CHoked me SINce FIRst OF the Year. ADC. HAS SAID I Had a SonagRam ApoINtment He NURse ERIC SAID He SCHeduleD 5-month's Ago. He Said it's my thyRod then My TONSIl's. it is CHokeING Me to DEATH. all I Been gIven is PROMIses, I HAVe Never Seen a DoctoR as OF Today. I am SuffeRIng SIck HurtIng I can Barely BReathe's—I HAVe Been TRuely DISRegarded Health WIse. I HaVe suffered all LasT year to NO AVaIl. Begged the court don't Let me DIe. I am AskIng the court to get me to A HOSPITAl NOT Let Me DIe. I am 100% PerCent DIsable With 10 + MedIcal CondItIon's. (DIabetes 400 +) HIGH BLood) SLeeP Apna Patient) Heart pRoblem.) TWIsted SPIne) several DISc's Heneated) (Stomach gun SHOT) SPOT on Lung's) Knot In Stomach) most untreated. and I am **HuRTIng**. I am gonna DIE IN ISolotion) When I dIdt HAVe But 60-day's to do. But I HAVe dId 250. IN The HOLe. MedIcal Been Reckless DISRegarding my SAFEty Heath WIse. DelIbertely IndIFFeren⊤. Due PROcess.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to get Emergency treatment and Be Released taken To A Hospital, For treatment of the Knot in my Stomach and spot on my Langs, and throt I'm Choking Monetary #1. Million Doilorss Pain - suffering- Recklessness. Disregard. to my 8th Amendment- Due Process. gross DisRegard. ,stress, Anxiety.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21 day of Dec, , 20 10 .

Nathaniel fitzgerald.

_____

_____

Signature(s) of plaintiff(s)

1:10 CV-000 60

Fitzgerald V - Roy Hobbs And STAFF.
UNITED STATE'S DISTRICT COURT EASTERN DIST.
12-21 -1-2010  10: PM

As A PRO SE PLAINTIFF Who HAS FILE 2 of 3- Lawsuit's
With The court Against ADC SINCE May, 2010, ALL Ber Dismissed
For Different Reason's, As A Very Sick ILL plaintiff Who Are
Taking 20 + pill's Aday. About to possiblely HAVE
Neck Surgery, and OTHER HOSPITAL CARE, FEET's BEEN
Taken CARE OF. After a year in Pain. I Don't Have my
Psy, Meds For Depression / BIPOLAR/? I am Not UP To
constantly FILE Motions, Amendment's ETC, Therefore
After 3- Suit's on ADC, I ASK The court. To PROVide
Me with PROPER Supervision, and GRANT Me a
Counsel To REPRESENT me, ? Against ADC. Because
They Have a Polity to get Away WITH CRiminal
RECKLESS DISREGARD
Negligence, Like Denieding Me a LIFF threating
C-PAP, Oxygen Machine ? And The Law-suit's Been Non
Process 3 X's ? Failure To State a Claim of FACT ?
FACT IS They Have ReSuse To Give Me a MEDICAL
Emergency LIFF Support, and No One CARE's To See
The FACT, OF Negligence As A Understatement. I
am getting Sick writeing About This, ? That why
I BELIEVE And Insteed of Dismissing This Attemption
To Let me DIE. I Should Be Given Due process of
A Atty. to HELP SOLVE This (40) Page CLAIM I
Have, ? There is Just To many. Right' threat's / PRIVilledge's
Been Broken and VIOLATED. I got A Book,



**Newport Complex**
**300-302 Wackenhut Way**
Newport, Arkansas  72112
(870) 512-2225 Office
(870) 523-5877 Grimes PBX
(870) 512-2235 Grimes FAX

**Arkansas Department of Correction**

---

To:     Nathaniel Fitzgerald  84210—Grimes Unit

From:   John Maples, Jr., Warden

Date:   September 13, 2010

Re:     Correspondence

Your letter to Mr. Ray Hobbs, Director, dated August 7, 2010 has been forwarded to me for responding.  In response to your request to be early released from prison due to your medical condition, your medical condition does not warrant early release.  The situation regarding your previous incarceration in Florida does not pertain to your current incarceration status.  It is imperative that you abide by the rules and regulations as set forth by the A.D.C., maintain good conduct, obtain your class II status, and become eligible for parole.  The Grimes Medical Department is working with you concerning your current medical condition.

CC: File

IGTT430                                                          Attachment VI
3GD

INMATE NAME: Fitzgerald, Nathaniel L.    ADC#: 084210   GRIEVANCE#:GR-10-00711

CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You submitted two grievances (GR-10-00711 and 00712) in July related to the care that you have received for your feet, toes and leg discomfort. You claim that you were told that you would see the foot doctor, but that visit had not been completed.

The Infirmary's July 29 responses state that the providers had evaluated your feet numerous times from April 21 to July 9, but they had not referred you to Foot Clinic. On April 30 you were ordered Fluconazole 100mg and plier type clippers to cut your toenails (which you refused to use). You "regularly" refused to soak your feet twice daily as ordered on July 9, and that on July 28 a consult was submitted referring you to Surgery Clinic for further evaluation of your feet which was pending at that time. The infirmary found your grievances without merit. You disagree in your appeals.

Records reflect that your Surgery Clinic consult was reviewed by the Medical Director and returned with recommendations that the unit provider use a sand dremal to sand your nails down because removing your nails could be unsafe. The Physician's Assistant, Phillip Tobin, performed the alternative procedure on August 5, 2010.

Your medical issues continue to be addressed at the unit level; therefore, I find your appeals without merit.


_____        _____
             Signature                              9/27/10
                                                      Date


IGTT430                      Page 1 of 1

IGTT430
3GD

*ACR*

Attachment VI

INMATE NAME: Fitzgerald, Nathaniel L.    ADC#: 084210   GRIEVANCE#: GR-10-00711

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You submitted two grievances (GR-10-00711 and 00712) in July related to the care that you have received for your feet, toes and leg discomfort. You claim that you were told that you would see the foot doctor, but that visit had not been completed.

The Infirmary's July 29 responses state that the providers had evaluated your feet numerous times from April 21 to July 9, but they had not referred you to Foot Clinic. On April 30 you were ordered Fluconazole 100mg and plier type clippers to cut your toenails (which you refused to use). You "regularly" refused to soak your feet twice daily as ordered on July 9, and that on July 28 a consult was submitted referring you to Surgery Clinic for further evaluation of your feet which was pending at that time. The infirmary found your grievances without merit. You disagree in your appeals.

Records reflect that your Surgery Clinic consult was reviewed by the Medical Director and returned with recommendations that the unit provider use a sand dremal to sand your nails down because removing your nails could be unsafe. The Physician's Assistant, Phillip Tobin, performed the alternative procedure on August 5, 2010.

Your medical issues continue to be addressed at the unit level; therefore, I find your appeals without merit.

_____        _____
Signature                        Date  9/27/10

IGTT430                Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _____ GRIME _____

Name _Nathaniel Fitzgerald_   Emergency Grimes Unit

ADC# _84210_   Brks # _ISO_   Job Assignment _Pen I_

JUL 07 2010
Received Grievance

FOR OFFICE USE ONLY
GRV. # _GR10-00712_
Date Received _7-7-10_
GRV. Code # _600_

_7-4-10_ (Date) STEP ONE: Informal Resolution

_7-6-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I were told I Had a order twice To get get toe's nail's feet. work on; Now, they say no order, 2-month later_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I am Losing My toes feet, Leg; for 2-month's to Diabete's, Lied to 2-month's now they say I Have no out side order._

_Is this Grievance concerning Medical or Mental Health Services? Yes_ If yes circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _It 10: pm, I can't sleep for foot pain I File a Emergency Grievance 2-3-day's Ago. The ADC. GRIME Has About cause me my feet's from 2-month's of Lockdown, Never Been checked Thats what Lindsey, and DR. Slvader/ Sherce Burry / ETC, are about to go to Jail Next Month, and other to come, I Have Develope sore on my Leg That Has cause All my Relative to Lose feet, Leg, Life, I am Losing the Toe we Have Save for 4- Years you Have A Bout cost me it, my toe's is gone from 2-month's of No circulation Blood flo; They Died, Dead. I was to see Foot Doctor Month and Half 2-Month's Ago Near to Late Now, I Have Become Very Ill Since coming Here, I've Never Had Medical care of Any of my Medicine, Doctor Refuse To see Me, After Seven Request's, and I've hurt Since coming Here, I Been Lock Away ___, I am on punitive LockDown For 2-Month, Isolation, Since 5-8-10, It 7-4-10, Sick, 11: pm_

_Nathaniel Fitzgerald_
Inmate Signature          _7-4-10_
                          Date

AUG 06 2010

RESERVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

BUREAU OF CORRECTIONAL PROGRAMS

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _7-05-10_ (date), and determined to be **Step One** and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name of the person in that department receiving this form: _Marie Petty Lyn_   Date _7/5/10_

_Sgt Lamz Goforth_   _62840_   _Sgt Lamz Gov_   _7-05-10_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _No order in record to go out for a consult. If you feel that you need to be seen place a sick call_

_X Hom Lyn_ 7-6-10          _Nathaniel Fitzgerald_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

Attachment IV

INMATE NAME: Fitzgerald, Nathaniel L.     ADC #: 084210C     GRIEVANCE #: GR-10-00711

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(604) You state that you are not receiving proper care for your feet.

Review of your medical record shows that your feet have been evaluated by multiple providers on 4/21/10, 5/8/10, 6/3/10, and 7/9/10. You have orders to use the plier type clippers written on 4/30/10, which you have refused to use. You have orders for foot soaks twice a day written on 7/9/10, that you are regularly refusing. You are on Fluconazole for foot fungus since 4/30/10. You currently have a consult pending for a surgery clinic evaluation on your feet. Therefore I find this grievance to be without merit. If you have further issues utilize the sick call process.

*[handwritten: Note]*
*[handwritten: ↑ you do, ?]*

_____     _____     _____
Signature of Health Services     Title     Date
Administrator/Mental Health
Supervisor or Designee

*[stamp: RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION AUG 06 2010 HEALTH & CORRECTIONAL PROGRAMS]*

*[handwritten date: 7/22/10]*

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *MEDICAL IS a Horror, ON 5-8 I was Locked up. Been Ever Since, on 6/3/10 That IS The Only Time I seen DR. Nance as of Today. Don't Romember HIS 3-Minute VISIT. OF Him. The CLIPPER Don't cut These NAIL's ? The JaILeR BRING plain waTer, I ASK FoR BeTadine, They TAKE H A way. The Nurse's Be In Hurry. SAy's They get KID's at Home to Feed Hurry up. MOST TIME JaILer's you see No Nurse that's The PROBLEM, The Nurse one In PeTicULAR. send messages. water By JaILer COLD WATER. 1:30 Am ? 7-9-10 - Ms. Hatton The Nurse, Looked at My FeeT's Checked Them, The FIRST Time Ever. Two @ 3 - KID Officer Refuse To TAKE me to EM-HOSPITAL. Today. 7-30-10*

_____     _____     _____
*[signature: Nathaniel fitzgrald]*          *84210*                    *7-30-10*
Inmate Signature     ADC#     Date

*[handwritten: CLaim Pending]*

IGTT420     Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center _____ Grime | GRV. # _GR10-00711_ |
| Name _Nathaniel Fitzgerald_ EMERGENCY Received/Grievance | Date Received _7-7-10_ |
| ADC# _84210_   Brks # _I50_   Job Assignment _Run_ JUL 07 2010 | GRV. Code # _L000_ |

_7-2-10_ (Date) STEP ONE: Informal Resolution   **Grimes Unit**

_7-2-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I was seen By Dr. Nance a Month and HALF Ago, He order a Chest X-Ray, I've Heard No Respond of Harm ?_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I Been told I Had a Foot Doctor Apoint. By a Narse, 3-Week's Ago. Now they Say's no order. I am Losing my Toe's Feet, Leg's_

_Is this Grievance concerning Medical or Mental Health Services? YES_ If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _On about may, 5-6-10, thru June, 2010 About two month's I Been Asking For a FootDoctor, It Now 7-2-2010 7:Am I Just Had to get out Of Bed my Feet's Hurting So BAD. I am going to Lose my toe's, possible Feet and Leg's From month's of None Circulation Due to Being Lock in Small Room's For The Past year. Which Is ALready Led To Federal Summon's, I've Been Locked up to The point Of No Foot Aid. and my Feet's Are Deformed, With two Feet's Full of BuckShot's I am going to Lose anyway From PRIOR Negligence, From The Doctor & and His SP Staff, A Federal Case Already and Since I Been Here I goten Worse, I Showed my Federal Attorney Yesterday, How my Nail's Are a Inch Long and Curved, and my Toe's Has Turn BLACK and Bend, Feel Swollen and Leg's Dry From DiaBete's CRACKing Skin From No Hygene Moisterizer, Otl, Lotion, grease, Etc, I am Diabetic They Taken my grease 2-Month's The lock me up. Have Not Had Hygene Since, NOTTEFIED CAPT._ On 5-8-10 No Respond._

_Nathaniel Fitzgerald_   AUG 06 2010 _7-2-2010_
Inmate Signature                Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-2-10_ (date), and determined to be **Step One** and/or an Emergency Grievance _yes_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Brenda Bridgeman_ Date _7/2/10_

_Mary S Going_   _54572_   _____
**PRINT STAFF** NAME (PROBLEM SOLVER)   ID Number   Staff Signature   _7-2-10_ Date Received

Describe action taken to resolve complaint, on dates: _Seen by MD + PA for feet. 3If you feel that you need to be reevaluated place a sick call._

_XHONA YON_ _7-6-10_   _Nathaniel Fitzgerald_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

## ACKNOWLEDGEMENT OF UNIT LEVEL GRIEVANCE

TO: Inmate  Fitzgerald, Nathaniel L.                ADC #:  084210C

FROM:  Williams, Barbara M                TITLE:  ADC Inmate Grievance Coord

RE: Notification of Grievance Received.          GRIEVANCE #:  DU-10-00093

DATE:  04/26/2010

Please be advised, I have received your Grievance dated  04/20/2010 on  04/26/2010

You should receive communication regarding the Grievance by  05/24/2010

_Barbara Willa_

Signature of ADC Inmate Grievance
Coord

## CHOOSE ONE OF THE FOLLOWING

○   This Grievance will be adressed by the Warden/Center Supervisor or designee.

◉   This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will
respond.

○   This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who
will respond.

☐   This Grievance has been determined to be an emergency situation, as you so indicated.
Action Taken:

◉   This Grievance has been determined to not be an emergency situation because you would not be subject to a
substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a
Non-Emergency.

IGTT400                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** _DIANOSTIC_

**Name** _NATHaniel L. FITzGerald_

**ADC#** _084210_   **Brks #** _5-11_   **Job Assignment** _U/A_

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _DU-10-00093_ |
| Date Received: _4/26/10_ |
| GRV. Code #: _600_ |

_4-15-10_ (Date) STEP ONE: Informal Resolution

_4-19-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I gave it to the Lue Tenant. LT._
_on 4-15-10, at Lunch,_

CN _4-18-10_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I Were Bit By a Spider on my fit, on Oct 1-09. I Have Never Been treated. / I am Hurting Severely whole Chest Area. ? ? N-7_

Is this Grievance concerning (Medical) or Mental Health Services? _yes_ If yes, circle one: (medical or mental)
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I Ask For Medical up on Arrival on Wednesday 4-14-10. For Chest pain; I Filed a grievance on 4-15-10 to the LT. on Duty. I went to the Hospital Nurse DIDn't check Blood Pressure the Pump Malfunction, two @ time so she let me set a Hur sent me Back Sugar was 400/ All Weekend I tryed to get to a Nurse or Doctor No Sucess, Officer Tyson Cleared me, Still No Doctor / Nurse/ They told me the Hospital said Lay down A Hur and Call Back Then? What DID they mean? Lay down And DIE ? I Requested to come here ASAP. To get Medical or Be Released to a Hospital Facilitie, I Been Here a Week With No Medicine ? With All My Medical, laying in Pain, I am about tire of Pleaing, Begging, To no avail, I can't get a pain pill/ Aspirin with out a Doctor Order, where Is the Doctor, It Been a' Week in Pain? Where are they. Thank you. My Medicines? LT. told me hele on two Days ago; When I Was, Cleard I Never got There. #084210/ Nathaniel Fitzgerald_

_Nathaniel L. Fitzgerald_     _4-20-10_
Inmate Signature           Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-20-10_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _4-20-10_

_C.B Sunds_    _5156_    _Sgt D. Byers_    _4-20-10_
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _Follow protocol + submit sick call slip. Notify security for all emergency cases_

_X ___ 42010_
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                Attachment IV
3GH

INMATE NAME: Fitzgerald, Nathaniel L.      ADC #: 084210C   GRIEVANCE #: DU-10-00093

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(617) Your grievance states that you have been here three days and need to see medical and have not been allowed. You state you have had chest pain and went to medical but did not get your blood pressure checked.

You were a new inmate to ADC at the DGU facility on April 14, 2010. you had an intake assessment on April 14, 2010. You were then seen as a walk in patient on April 14, 2010 for elevated Blood Sugar, at that time you had medications ordered. You were then seen again as a walk in patient on April 20, 2010 for chest pain for what you said was a spider bite on your chest. You had your physical assessment on April 21, 2010 at which time you were ordered Ibuprofen for 30 days and given eight different restrictions.

On April 26, 2010 you were transferred to Grimes. Since arriving at DGU you have seen dental one for intake and once for sick call. You have seen a nurse at least three times for sick call and twice as a walk in patient. You have seen the provider for a physical plus two other visits. This grievance has no merit as you appear to have had no problem accessing medical at either facility.


_____                    _Regional Omlush_____  _6/15/10_
Signature of Health Services                      Title                Date
Administrator/Mental Health
Supervisor or Designee

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**
**Unit/Center** _____GRIME_____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

**Name** _Nathaniel Fitzgerald_

**ADC#** _084210_    **Brks #** _Seg 5_   **Job Assignment** _punitive_

_11-1-10_ (Date) STEP ONE:  Informal Resolution

_11-8-10_ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I've waited one_
_week no one answer request of Grievance_

_11/1/10_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I Have a Lung PRoblem I am choking_
_when I sleep. I Have a_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I HAVE a Lung problem I Been_
_Suffering with For Several months. I choke, and My Tonsil are_
_Choking     me. I Had a MRI and I was Told I would_
_Be geting a Sonogram on My THROAT. I am Request_
_Emergency MEDICAL TReatment. I was TranFered From the_
_gRIme on 10-20-10 and I Had a Doctor Apointment_
_Scheduled_
_Emergency_


_DENIED_


_Nathaniel Joe Fitzgerald_                          _11-1-10_
Inmate Signature                                          Date
_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _11-01-10_ (date), and determined to be **Step One** and/or an Emergency Grievance
____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____
_Sgt McWilliams_   _3641_   _____                    _11-01-10_
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                  Date Received
Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____   _____
Staff Signature & Date Returned                   Inmate Signature & Date Received
This form was received on _11/8/10_ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt L Dill_   Date: _11/8/10_
Action Taken: _Forwarded_ (Forwarded to Grievance Officer/Warden/Other) Date: _11/8/10_
If forwarded, provide name of person receiving this form: _Infirmary_   Date: _11/8/10_

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# INMATE REQUEST FORM
## GRIMES UNIT

336

THIS FORM IS TO BE USED BY INMATES IN CONTACTING STAFF WITH REQUESTS ON ISS___ IS S___ ___D
BE USED BEFORE FILING A GRIEVANCE AND STAFF SHOULD BE GIVE ___WORKING___ ___O R___

DATE: **8-26-10, 1:30 Am**

| | |
|---|---|
| NAME: *Nathaniel Fitzgerald* | ADC#: *84210* |
| HOUSING ASSIGNMENT: *Seg #5* | JOB ASSIGNMENT: *Punt* |
| TO (STAFF MEMBER): | OFFICE: |

I HAVE A REQUEST CONCERNING THE FOLLOWING AREA (CHECK ONE):

(CLASSIFICATION)   ☐ TELEPHONES   ☐ JOB ASSIGNMENT   ☐ SEP 21 ___

~~PAROLE~~   ☐ MAIL   ☐ STAFF   ☐

~~VISITATION~~   ☐ LAW LIBRARY   ☒ MENTAL HEALTH   ☐

MEDICAL   ☐ PROPERTY   ☐ PERSONAL HYGIENE   ☐

COMMISSARY   ☐ GENERAL LIBRARY   ☒ OTHER *Oxygen C-P.P Machine*

DETAILED REASON FOR REQUEST: *Why are we, I am Ask to go to Medical At 1:30 Am, In my Sleep 3 FOR what Officer Did+ Say He were In a Rush never waited, when I get up he was gone, No one went? plus I got to get up knee's, BACK Neck Leg's, All Numb. Try to Put on a "Jumpsuit, Then Try to Bend down Backward, Put on Handcuff and Shackle at I 1:30 Am, ? Then Ask us to Sign a Refusal At 1:30 Am FOR a Random EKG? At 1:30 Am. I'm a Sleep Apna Patient With no C-PAP Machine Body S___Tion Sleep need I can Barely move.*

___ ___ ANY STAFF MEMBER ABOUT THIS REQUEST?   ✓ YES   ___ NO   IF SO, WHOM? *Oxygen*

STAFF MEMBER CONTACTED: ___   DATE: ___

INMATE SIGNATURE: *Nathaniel Fitzgerald*   DATE: **8-27-10, 1:30 Am**

STAFF MEMBER RESPONDING: ___   DATE: ___

I HAVE REVIEWED YOUR REQUEST AND MY FINDINGS ARE AS FOLLOWS: *That offering me now EKG are routinely done on night shift at this unit.*

STAFF SIGNATURE: ___

I CONSIDER THIS ISSUE TO BE:   RESOLVED: X   NOT RESOLVED: ___

I AM REFERING THIS REQUEST TO: *Medical*

*That's why I got A Displinary?* *EMERGENCY* 219

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center ___GRIME___

Name ___Nathaniel Fitzgerald___  *?*

ADC# __84210__  Brks # __I50__  Job Assignment __Disable/Handi__

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td></td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>GRV. Code #:</td><td></td></tr>
</table>

_____ (Date) STEP ONE: Informal Resolution  *I Need OXYGEN?*

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): I came Here 4-26-10 I Been Lock up Every Since 5-7-10, I am a Sleep Abna Patient, I quit Breathing. The Machine is A CPAP Oxygen Tank, that Breath when I quit. The Room I was in 14, Bk, was Made Specialy For The Machine? I Quit Breathing Roommate's say's 15-20+ Minue's that's to Long They Say, Officer's Ask do I Ever Sleep? DR. Sa Bastian at FLORIDA Medical Center Say's Never go to sleep with out The Machine To do so is Attempt to Suicide!/Homicide plus En Large Heart/gonna Die, etc. Anyway Sugar 500/600 yesterday?/Normal is (90)/I am Dead/Dieing Slowly? at 600 There Fore Being Isolated over a months With out This LiFe Support Life support Equipment, is Atemp of Homicide. I Quote DR. Saying. There For I CHARGE you with The Following: Neglegence/Endangerment Atempt to Murder/ Atempted Intent to Commit Homicide/ LeFt to Die!/ Isolated/ Denied Medical support/ DeLibertely INDifferent To Medical Support/ I Have No Brain Oxygen to the Brain? My Body is Shuting Down, From OXygen needs, It's Killing Me?, Why I Can't Walk?, Have History of Head Trauma FALLing etc?

*Nathaniel Fitzgerald*   *(IT's 3:AM?)*   6-5-2010   *AFraid to SLeep?*
Inmate Signature                                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __6-5-10__ (date), and determined to be **Step One** and/or an Emergency Grievance __Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: ___Angela R___ Date _____

___Marty S Gomp___  __54572__  ___Marty S Gomp___  __6-5-10__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: The doctor has requested your free world medical records to verify this info

___Johnson___ 6-8-10   ___Nathaniel Fitzgerald___ 6-8-10
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*PENDING 2*  *MORE CHARGES*  *DELIBERTELY INTENT/NOTE;*

*Medical Emergency* *4 FR OXYGEN SUPORT*

THIS FORM IS TO BE USED BY INMATES IN CONTACTING STAFF WITH REQUEST ~~ON IS~~ THIS STEP SHOULD BE USED BEFORE FILING A GRIEVANCE AND STAFF SHOULD BE GIVEN A WORKING ~~~~ TO RE~~~~

*Medical Emergency* DATE 8-28-10 (6)

| NAME: Nathaniel Fitzgerald | ADC#: 84210 |
|---|---|
| HOUSING ASSIGNMENT: SEG # 5 | JOB ASSIGNMENT: DISable |
| TO (STAFF MEMBER): | OFFICE: Warden |

I HAVE A REQUEST CONCERNING THE FOLLOWING AREA (CHECK ONE): *Warden Page*

*RECEIVED BY*
*MSG Gunston*
SEP 08 2010
*Medical Grievance*
*Office*

- (CLASSIFICATION)
- ☐ TELEPHONES
- ☐ JOB ASSIGNMENT ?
- ☐
- PAROLE
- ☐ MAIL
- ☑ STAFF
- ☐
- ~~VISITATION~~
- ☐ ~~LAW LIBRARY~~
- ☐ ~~MENTAL HEALTH~~
- ☐
- MEDICAL
- ☐ PROPERTY
- ☐ PERSONAL HYGIENE *Sleep Disorder* ☐
- COMMISSARY
- ☐ GENERAL LIBRARY
- ☑ OTHER: *Sleep Abnal*
- ☑

DETAILED REASON FOR REQUEST: OXYGEN REQUESTED, Medical EMERGENCY I Need OXYGEN TO. The BRAIN, I need Oxygen TO BREATHE? I Need OXYGEN TO THINK focus, I Need Oxygen That Part Of The 24 Hours OF PAIN, I WAKE up Arm, NeCK, BACK, Fingers / Legs / Feet / Head / TOES / UNmentionable AREA Acheing? I QUIT BREATHING I usually Have PeOPle's Around me 24-Hour's Aday INmate's Sweep, MOP, Clean, ETC, INmate's Save's my LIFE, That's Why I've Never Been ISOLATED NO ENTERCOM, ? AKA sleep? I got 30-DAYS FOR Knocking FOR A SICK CALL. 30-FOR 3- MINUTE LATE.

~~~~ ANY STAFF MEMBER ABOUT THIS REQUEST? ☑ YES ___ NO IF SO, WHOM?

STAFF MEMBER CONTACTED: STAFF _____ DATE: _____

INMATE SIGNATURE: Nathaniel _____ DATE: 8-28-10

| STAFF MEMBER RESPONDING: | DATE: |
|---|---|

I HAVE REVIEWED YOUR REQUEST AND MY FINDINGS ARE AS FOLLOWS: _____

Drop a sick call for evaluation

STAFF SIGNATURE: _____

I CONSIDER THIS ISSUE TO BE: RESOLVED: _____ NOT RESOLVED: _____

I AM REFERING THIS REQUEST TO: _____

FIRST NAME L

Emergency

Emergency

**ARKANSAS**
**DEPARTMENT OF CORRECTION** (Rev 11/88)                    Health Service Request Form

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Fitzgerald Fitzgerald | 084210 | 5-9-63 | 19 | 5-3-10 |

Job Assignment: DISABLE

Description of the problem: CHEST PAIN, Jaw FACE swollen Need
Emergency Treatment / Feet's NAIL Need Cut.

CONSTIPATION. Severe.

I consent to be treated by the Health Services Staff for the condition described:   Nathaniel Fitzgerald

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:                    **NURSING DOCUMENTATION**

| 1) | 2) | 3) |
|---|---|---|

Subjective Data                    Unit: Grimes  MP

Date/Time recd in medical: 5/5/10 0130

Date/Time triaged: 5/5/10 0130        Routin

Triage level: 1=E                MP

| Objective Data: | BP: | Pulse: | Respirations: | Temperature: | Weight: |
|---|---|---|---|---|---|

COPY of Health Services Request
returned because: Sign your
Name above

Staff: MPLou
Date: 5/5/10 0130

Assessment:

Plan by Nursing Care:

Body System Code: (from problem list)     Patient Education:  [ ] Handout  [ ] Verbal Instruction Topic:

Refer to: [ ] Physician  [ ] Mid-level  [ ] Mental Health  [ ] Dental  [ ] Other: (List:

| | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Signature: Nathaniel Fitzgerald

Nathaniel Fitzgerald

Name: Nathaniel Lee Fitzgerald
ADC#: 084210
Date of Birth: 5-9-63
SS#: 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

URGENT 6-14-10

**ARKANSAS**
**DEPARTMENT OF CORRECTION** (Rev 11/96)

MSF-202C
Health Service Request Form

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| FHZgerald Nathaniel | 84210 | 5-9-63 | ISO | 6-14-10 |

Job Assignment:

Description of the problem: My Mouth Is Bleedin From the Month old
Cut That Needed Stitche's I

CHEST TIT HURTING.

I consent to be treated by the Health Services Staff for the condition described: _Nathaniel fitzgerald_

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:  **NURSING DOCUMENTATION**

| 1) | 2) | 3) |
|---|---|---|

Subjective Date

COPY of Health Services Request
returned because: Must Sign
before being Seen
Staff:_____
Date:_____

Objective Date:  BP:  Pulse:  Respirations:  Temperature:  Weight:

Tell It To The Federal Jude
I Must Sign In a Emergency

Assessment:

Plan by Nursing Care:

Body System Code: (from problem list)  Patient Education:  [ ] Handout  [ ] Verbal Instruction Topic:

Refer to:  [ ] Physician  [ ] Mid-level  [ ] Mental Health  [ ] Dental  [ ] Other: (List:

| Signature: | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

's.g Nathaniel fitzgerald  Dc+6/14/10

Name: Nathaniel fitzgerald
ADC#: 84210
Date of Birth: 5-9-63
SS#: 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

OCT-1   *Emergency*

## ARKANSAS
## DEPARTMENT OF CORRECTION   (Rev 11/99)

**Health Service Request Form**

MSF-202C

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Fitz geRAld, NAThoNiel | 084210 | 5-9-63 | H-5 cell 123 | 13 Oct 10 |

Job Assignment: SeG , PuNitive

Description of the problem: ShoRTage of BReAth, Right Leg NumB, BACK out

I consent to be treated by the Health Services Staff for the condition described: _____   ← SIGN NAMe

---

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:       **NURSING DOCUMENTATION**

1)                    2)                    3)

Subjective Date:

COPY of Health Services Request
returned because: UNCOMPlete
Sign Your name above
Staff: NDS
Date: 10/14/10  0200

Objective Date:   BP:      Pulse:      Respirations:      Temperature:      Weight:

WRote By officer
Emergency Refused.

Assessment:

Plan by Nursing Care:

Body System Code: (from problem list)     Patient Education:   [ ] Handout   [ ] Verbal Instruction Topic:

Refer to: [ ] Physician   [ ] Mid-level   [ ] Mental Health   [ ] Dental   [ ] Other: (List:

| Title: | Unit: | Date: | Time: |
|---|---|---|---|
| | GRimes | 13 Oct 10 | 6:35 |

Signature:

BehAvior CoNTRol
CANNot SigN

X s.g.          Date 13 Oct 10

Name: NAThANieL, Fitz geRAld
ADC#: 084210
Date of Birth: 5-9-63
SSa: 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

*Transfered*

IGTT420
3GH

Attachment IV

INMATE NAME: Fitzgerald, Nathaniel L.      ADC #: 084210C      GRIEVANCE #: GR-10-01226

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(615) You state that your sick call was sent back to you as incomplete when you were on behavior control and unable to sign it.

Review of your medical record shows no sick calls received from you for the month of October. when you were asked to show a nurse the sick call slip for verification on 10/19/10 you refused. Therefore I am forced to find this grievance to be without merit. If you have further issues utilize the sick call process.      # 9

*FALSE SICKCALL Included Emergency (OCT) # 9*

_____      _____      _____
Signature of Health Services                    Title                                Date
Administrator/Mental Health
Supervisor or Designee

*# 11470*

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

*Emergency Refused wrote By a officer at the Request of sgt. gifort, Innmate was on Lockdown, Behavior Control*

_____      _____      _____
Inmate Signature                              ADC#                                Date

IGTT420                          Page 1 of 1

REFUSE US
EMergency
TREATMENT
Jennifer HORN Nurse
GREEN UnIT.

Case 1:10-cv-00108-BSM Document 1 Filed 12/27/10 Page 29 of 39

**ARKANSAS**
**DEPARTMENT OF CORRECTION** *(Rev 11/99)*

| | | MSF-202C |
|---|---|---|

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Fitzgerald Nathaniel L | 84210 | 5-9-63 | SEG | 5-18-10 |

Job Assignment: DISABLE, /B/4

Description of the problem: I Had a GASH Looked at By Staff a week of More ago. It Need Stitch's some people's says and other? well It required Stitch's But the Area, is Like HARD to get to? But I'm HAVing pain this 4: AM Morning. Denti's Looked yesterday Jaw went GEE, He Say's He think the wisdom teeth Need pulling, RTC?

I consent to be treated by the Health Services Staff for the condition described: *Nathaniel Fitzgerald*

---

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:        **NURSING DOCUMENTATION**

1)                2)                3)

Subjective Date:

NO Medical Attention

Objective Data: BP:        Pulse:        Respirations:        Temperature:        Weight:

COPY of Health Services Request returned because: incomplete Fill out details if your Re-writing to check

Staff Name: *(illegible)* Date: Need to fill out a

Assessment:        letter!        request form not a sick call.

Plan by Nursing Care:        (or Mail)        5/19/10 0100 MPL

Body System Code: (from problem list)        Patient Education: [ ] Handout [ ] Verbal Instruction Topic:

Refer to: [ ] Physician [ ] Mid-level [ ] Mental Health [ ] Dental [ ] Other: (List:

| | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Signature:

| Name: |
|---|
| ADC#: |
| Date of Birth: |

Signature *Nathaniel Fitzgerald*        Date 5-19-10        SS#

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _9RIME_

Name _Nathaniel Fitzgerald_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

ADC# _84210_   Brks # _seg-2_   Job Assignment _11-1-10_

_11-1-10_ (Date) STEP ONE: Informal Resolution

_11-8-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
_8-8-10_   If the issue was not resolved during Step One, state why: _No one Answer In over 9 week_

_11-8-10_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I Stop Breatheing I am a SleepApna patient. I need a C-PAP Machine_

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I need oxygen to the Brain I Quit Breathing Like 15 - 5 second_

_____

_Nathaniel Fitzgerald_                                    _11-1-10_
Inmate Signature                                              Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _11-01-10_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

_S. / ulliams   SC(11)   /s/ / . williams_   _11/1/10_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature              Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____   _____
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _11/8/10_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _SGT Lamb_   Date: _11/8/10_
Action Taken: _Forwarded_ (Forwarded to Grievance Officer/Warden/Other) Date: _11/8/10_
If forwarded, provide name of person receiving this form: _Infirmary_   Date: _11/8/10_

--------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*Emergency*

**ARKANSAS**
**DEPARTMENT OF CORRECTION** (Rev 11/98)

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: /time |
|---|---|---|---|---|
| FItzgerald Nathaniel | 84210 | 5-9-63 | 3 | 4/26/10 - 4-39/10 |

Job Assignment: B-U

Description of the problem: Jaw, Face are Swollen My Mouth ~~the~~ Swoirn Feets Are gone, Nail's Toes/ Etc.

I consent to be treated by the Health Services Staff for the condition described: *Nathaniel FItzField*

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:          **NURSING DOCUMENTATION**

1)                          2)                          3)

Subjective Date

Objective Date:   BP:          Pulse:          Respirations:          Temperature:          Weight:

Assessment:

Plan by Nursing Care:

COPY of Health Services Request returned because: ~~memory~~ ~~highlighted~~

Staff: D.O.

Date: 4/30/10

| Body System Code: (from problem list) | Patient Education: [ ] Handout [ ] Verbal Instruction Topic: | | | |
|---|---|---|---|---|
| Refer to: [ ] Physician [ ] Mid-level [ ] Mental Health [ ] Dental [ ] Other: (List: | | | | |

| Signature: | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Name: Nathaniel Fitgerel

ADC#: 84210

Date of Birth:

/S.g.                    Date          SS#:

*URGENT Request*

ARKANSAS
**DEPARTMENT OF CORRECTION** (Rev 11/99)

Health Service Request Form

| MSF-202C |
|---|

| Name (Last, First, MI): Fitzgerald Nathaniel | ADC#: 84210 | Date of Birth: 5-9-63 | Barracks: ISO | Date of Request: 5-28-10 |
|---|---|---|---|---|

Job Assignment: ISO

Description of the problem: Neck pain, Left TiT pain / Throat / Stomach, Feet OINtment, OTh LoTon Something, No Respond. I Requeste Several Things The past week NO Response. To Any (The Toothbrush Twice) FooTCAre @X Pain For The Same Above PRoblem a week ago. ? X 2

I consent to be treated by the Health Services Staff for the condition described: *Nathaniel fizzgerald*

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

**List Protocol(s) Below:**   NURSING DOCUMENTATION

1)                    2)                          3)

Subject e Date

*Never Seen*

Objective Data:  BP:          Pulse:          Respirations:          Temperature:          Weight:

*ONE Of DOZENs I goT.*

Assessment:

COPY of Health Services Request
returned because: *Only 2*

Staff: _____   Date: 5/28/10

Plan by Nursing Care:

Body System Code: (from problem list)   |   Patient Education: [ ] Handout  [ ] Verbal Instruction  Topic:

Refer to: [ ] Physician   [ ] Mid-level   [ ] Mental Health   [ ] Dental   [ ] Other: (List:

| Signature: | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Name: *Nathaniel Fitzgerald*
ADC#: 84210
Date of Birth: 5-9-63
SS# 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

Signature: *Nathaniel fizzgerald*   Date 5-28-10

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Received/Grievance

Unit/Center _Grime,_     SteP     OCT 20 2010     FOR OFFICE USE ONLY

Name _Nathaniel Fitzgerald_     TWO     Grimes Unit

GRV. #_GR-10-01226_

Date Received: _10-20-10_

ADC# _84210_   Brks # _5_   Job Assignment _Disable/10hr_     GRV. Code #: _600_

~~11/7/10~~ (Date) STEP ONE: Informal Resolution

_10-17-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _On Oct 13-10, I was on Behavior, Seh Comfort Wrote a Em, Request Nurse Horn refuse to see_

_10/17/10_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to ~~me~~ a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I was Injuried on Oct, 11-2010, and again, Oct, 14, 2x By ERT Police and Jennifer Horn, Refuse to Accept the ____ _

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:* medical *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On Monday Oct-11- I was, Spiked and Hurt By ERT Police In Sg 4, at about 3:30 PM Noon, I was Not given any Medical Attention, On Oct-13, about 9:Pm Sgt, Lantz go ERT, Had The House Deputy, In Sg, St Wrote a Emergency Sick Call, Because you Not Allure to, Cause on Behavior Control, He wrote a Emergency, my Legs was Numb I was Chokeing, Known problem, Etc, Hurting 3-Days Later on The 16-of Oct-2010, That 14sht it was Return to me, She Market incomplete, Sign your name, ? The officer clearly stated Behavior Control can't Sign, His name, I Have Had Many, many, Request Return, By Jennifer Horn in Emergency I Have about 30, at Least 30, I am gonna give to FBI, Etc, Five Wrote a Dozen of grievance on Jennifer Horn, we are gonna get Rid of Her, She's Just to Much to Bear, Arrogant, Deputy, Witch, Racist, Etc I Have a 10-page Complaint, For month's, never fire_

_Nathaniel Fitzgerald_     _OCT-17-10_

Inmate Signature     Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _10-17-10_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _M Richardson Lpn_     Date _10-17-10_

_Sgt Regettinas 52098_     _Roger Tims_     _10-17-10_

**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _The consent for treatment area must be signed._

_A Houston   10-19-10_     _Nathan Fitzgerald 10-19-10_

Staff Signature & Date Returned 🖊 _B 6 w HSA x 10-19-10_     Inmate Signature & Date Received

This form was received on _10-19-10_ (date), pursuant to **Step Two**. Is it an Emergency? _NO_ (Yes or No).

Staff Who Received Step Two Grievance: _Sgt. Jeff Welcher_     Date: _10-19-10_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _____  *EMERGENCY*

Name _____

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

ADC# _____  Brks # __5__  Job Assignment _____

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____ Grievance No Result_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I Need Oxygen to Breath, I am a CPAPuta Patient, In Risk of Death, as in DI-J.8-1_

*Is this Grievance concerning Medical or Mental Health Services?* ____ *If yes, circle one:*(medical)*or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I am a CPAPimar Patient I Need a C-PAP Machine, I Am Breathing, 15+ Seconds, P I am Isolated Emergency Broken, At Risk of Dieing, Baty Hurt For The Oxygen H Require, Has Suffer 5-month's of Bodily Damage, Etc, I_

EMERGENCY
LIFE THREATEN,

_P.S. Doctor Topin_
_Keep Asking About The Chron's_
_____
_____
_____
_____
_____

_Nathaniel Fitzgerald_ _____  _9-20-10_
Inmate Signature                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9-21-10_ (date), and determined to be (Step One) and/or an Emergency Grievance _____ (Yes) or No). This form was forwarded to (medical) or mental health? _____ (Yes) or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt Lane Cobush_  _62840_  _____  _9-21-10_
**PRINT** STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

Staff Signature & Date Returned _____  Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _____ 9PIME _____ EMERGENCY

Name _Nathaniel fitzgerald_

ADC# _84210_  Brks # _5_  Job Assignment _Disable/segs_

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # _____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code # _____</td></tr>
</table>

_9-20/10_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Grievd GRIEVANCE NO RESULTS, He sign all grievance 20-30- The Same Answer?_

_9-21-10_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _I Need Oxigen to Breathe? I am a SleepAbnia Patient, IN RISK OF DEATH, as in Dieing_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:_ (medical) _or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I am a SleepAbnai Patient I Need a C-PAP Machine, I Stop Breatheing, 15+ Seconds, ? I am Iclated Batheroom Broken, AT RISK OF Dieing, Body Hurt's FOR The oxygen It Require, Hart, Suffer 5-month's OF Bodily Damage, ETC, ?_

_____ OCT 08 2010 _____ _EMERGENCY LIFE THREATEN,_

_P.S. DOCTOR TOPIN_
_Keep Asking About the Chain's_
_Say's Again Today After Waiting 3-Month's Again THE SEG_
_and all THE CHAIN Stop My Medical Procedure. Say's I COST_
_Him Trouble By Being IN Seg- IN Chain. He Can't PERFORM Medical_
_Treatment, Examine Me Fully With 9-Medical Conditions, Chain Feet. To Waist,_
_Hand Legs, THAT IS Medical Denieing Me, Due Process, He Can't Perform, ETC,_

_Nathaniel Fitzgerald_                              _9-20-10_
Inmate Signature                                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9-21-10_ (date), and determined to be **Step One** and/or an Emergency Grievance
(Yes) or No). This form was forwarded to (medical) or mental health? _____ (Yes) or No). If yes, name
of the person in that department receiving this form: _____ Date _9-21-10_

_Sgt Lantz Goforth_      _62840_      _Sgt Lantz Goforth_          _9-21-10_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _You have been seen multiple times by multiple providers. None of the medical records we have received show a history of sleep apnea._

_Goforth_  _9-21-10_                    _Nathaniel Fitzgerald_ _9-21-10_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date) pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Received/Grievance

Unit/Center _____ Grime _____

AUG 3 0 2010

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

FOR OFFICE USE ONLY
RV. # 6R-10-00905

Name _____ Nathaniel Fitzgerald _____

Grimes Unit

Date Received: 8/30/10905 ST

ADC# 84210   Brks # Seg. 5   Job Assignment _____ Pun I _____

OCT 1 4 2010

RV. Code # _____ 600 _____

8-26-10 (Date) STEP ONE: Informal Resolution

8/30/10 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I Have FILE Couple OF GRievance Compliant's Over a 3-month's period No Result, ETC,

8-27-10 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to YES substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: I Feel my LIFE is in Danger, I am In Fear of Dieing, No oxygen to the Brain, Blood Flo, Hurt 24-7- Head Body Weak, ETC,

Is this Grievance concerning Medical or Mental Health Services? YES If yes circle one: medical or mental

BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): I am a Documented Sleep Abnal Patient Who HAS Been In seg With out a Breathing Machine FOR 110, Day's No oxygen to The Brain, Body, Which IS a Death Threat, I was Told Never Sleep With out The Machine By Florida Specialist Dr. SABASTIan, Florida Medical Center, To do So would Constitude a Siitide RISK Attempt, I Have Requited This Equipment a Few Times No Success, To This Emergency Need a Medical Em, From may, 2010 as OF(August, 26-2010 No Respond, I am Left to "Die Isolated, No Enforcer Em, No Emergency, Sugar Diabetes, Which Bring Bring on my Heart Problem, Sugar 350 to 520, A Death Threat Along, As a Very ILL HandyCAP Person I Feel Medically Denied, Descrimminated Against, When For The Past 4-Months I Been Here Have Nearly Died SIck, and I notice Several Time, a Hospital FOR only White's Ive Never Seen a BLACK In there, I Feel a INDIFFERENT to Medical Need, Not even one BLACK medical Staff? I got Issue's? In Pain.

_Nathaniel Fitzgerald_   (8-27-10)   8-26-2010
Inmate Signature _____ Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 08/26/10 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: _Richard Kulp_   Date 8/26/10

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Sgt Brent Batts   23115   Sgt Brent Batts   08/26/10

Describe action taken to resolve complaint, including dates: You did not fill out a release for records from this doctor when you filled out your other releases. No records received from any of the other clinics you named regarding sleep apnea.

_Signed_   8/27/10   _Nathaniel Fitzgerald_   8-27-10
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on 8-30-10 (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Lantz Goforth   Date: 8-30-10
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 8-30-10
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

Attachment IV

INMATE NAME: Fitzgerald, Nathaniel L.        ADC #: 084210C       GRIEVANCE #: GR-10-00905

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) You state that you have sleep apnea and are not receiving treatment for it.

Review of your medical record shows 32 handwritten sick calls. None of these have a complaint of sleep apnea. You have been seen by a practitioner on 7 occasions without any complaints of sleep apnea noted. None of the medical records that you had us request show a history of sleep apnea. For these reasons I find this grievance to be without merit. If you have further issues utilize the sick call process.

_Billy Cowell_
Signature of Health Services
Administrator/Mental Health
Supervisor or Designee

_Health Serv Administr_
Title

_9-22-10_
Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 1 4 2010

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I am sure I Told The NURSE-DOCTOR, AT INTAKE I HAVE SLEEP ABNA, IF NOT YOU knows NOW, I aLSO SURE I TOLD, DIRECTOR HOBBS. month's AGO. I WAS TOLD some of my Doctors Went out of SERVICE, LIKE THE BACK DOCTOR, HE' HAS my Record In STorage, J. HORN Is Lazy don't TRy. Arrogance, DR. BY THE NAME OF SABASTIAN, FORT LAuderdale FLORIda, DIANOISED me IN (1997) ? SOCIAL SecuRITy. JOHN BILL. HAS RECORDS. THEY SENT me TO FLORIda. CORAL Ridge, HOSPITAL. 1996-97, ? JennIFer, SAY's They HAVE No Records. I gave 5-6- PLACE's SHE only Had 3-Release's. get my Record OR Give me a TesT?

_Nathaniel Lee fitzgerald_
Inmate Signature

_084210_
ADC#

_9-24-10_
Date

IGTT420                    Page 1 of 1

IGTT430                                                          Attachment VI
3GD
                                                                *@EARY*

INMATE NAME: Fitzgerald, Nathaniel L.    ADC#: 084210   GRIEVANCE#: GR-10-00905

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You submitted this grievance on August 26, 2010, stating that Dr. Sabastian at Florida Medical
Center told you never to sleep without a "breathing machine" and you feared for your life
because you had been in Segregation 110 days without one. You also claim that you were not
receiving adequate care for your diabetes or heart condition and you had not seen "a black" in
the medical department.

The Infirmary's informal response states that you did not sign a Medical Records Release form
so that your records could be obtained from the above physician, but they did get your other
records but none of those records pertain to your being diagnosed with sleep apnea. In their
formal response they again state that your outside medical records are unrelated to sleep apnea,
and that you've submitted thirty two sick call requests and been seen by a provider seven
different times but you failed to mention that issue. They found your grievance without merit
and they advised you to submit a sick call request in order to be evaluated. You disagree in your
appeal.

I agree that you must submit a sick call request in order to be evaluated; you should also sign a
release form so that Infirmary staff can get your records from Dr. Sabastian.

You do not have an order for a C-pap machine at this time; therefore, I find your appeal without
merit.

I advise you to discuss the matter with the provider when your November 13th referral is
completed.


_____Wendy Kelley_____          _____11/30/10_____
         Signature                        Date



**Arkansas Department of Correction**
P.O. Box 8707
Pine Bluff, Arkansas 71611

SLEEP
APNA

SLeeP
APNea

ISD-54 NEW

SLEEP
SLeeP
APNa

**CONFIDENTIAL**

SLEEP
PATIENT.

Inmate Nathaniel L. Fitzgerald
ADC #84210
East Ark. Reg. Unit