**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

NATHANIEL FITZGERALD
ADC #84210                                                                                          PLAINTIFF

V.                           CASE NO. 1:10CV00108 BSM/JTR

RAY HOBBS, Director,
Arkansas Department of Correctional, et al.                                       DEFENDANTS

**JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 11th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE